UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-20604-CR-ALTONAGA(s)   (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

JAVIER FALLA RAMIREZ et al,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 6/20/2019

                                      _____
                                      **Alicia M. Otazo-Reyes**
                                      **UNITED STATES MAGISTRATE JUDGE**