**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:17 Cr. 20604 CMA

UNITED STATES,

    Plaintiff,

vs.

SERGIO ALEXANDER PAREDES JEREZ,

    Defendant.

_____/

**DEFENDANT SERGIO ALEXANDER PAREDES JEREZ'**

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Sergio Alexander Paredes Jerez, by and through his undersigned attorney, respectfully moves this Honorable Court to continue his sentencing hearing until about 45 days from the current sentence date of October 6, 2021. The Defendant offers the following as grounds:

1. On July 30, 2021, during the Defendant's change of plea hearing, this Honorable Court set the Defendant's sentencing for October 6, 2021.

2. The sentence hearing is presently scheduled for about 3 weeks from today. Between now and then the undersigned has two contested hearings scheduled and trip to Colombia for work. I wish to submit a fulsome sentence memorandum in advance of the sentence in this case and having additional time will allow me to have enough time to prepare such a submission.

1

3. In addition, an adjournment will allow my client to have sufficient time to have an additional debrief session with the Government in order to assist the Government with its investigations.

4. The Government does not oppose this motion.

WHEREFORE, the Defendant's respectfully requests that this Honorable Court grant the Defendant's motion to re-set his sentencing hearing to a date about 45 days from October 6, 2021.

Date: September 14, 2021                    Respectfully submitted,

 

Alexei Schacht
Admitted *pro hac vice*
123 West 94th Street
New York, New York 10025
(646) 729-8180
alexei@schachtlaw.net


/s/Scott Kalisch
SCOTT KALISCH
435 South Oregon Avenue, Suite 104
Tampa, Florida 33606
Tel 305 669-0808

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Continue was filed with the Clerk of the Court using the CM/ECF system and that all parties in the docket were also served in that manner; in addition, I served the motion upon A.U.S.A. Joseph M. Schuster by email at joseph.schuster@usdoj.gov.

Alexei Schacht

/s/Scott Kalisch