UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20604-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**SERGIO ALEXANDER PAREDES JEREZ**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant Sergio Alexander Paredes Jerez's second Unopposed Motion to Continue Sentencing [ECF No. 192], requesting a continuation of his sentencing hearing to provide additional time to file a thorough sentence memorandum and to have sufficient time for Defendant to continue to attempt to assist the Government with its investigations. On September 16, 2021, Defendant filed his first Motion to Continue Sentence to allow Defendant time to file a fulsome sentencing memorandum and to have additional time to have an additional debrief session with the Government in order to assist the Government with its investigations. The Court granted the Motion in part, resetting Defendant's sentencing from October 6, 2021 to October 29, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. Defendant's sentencing hearing remains scheduled on **October 29, 2021 at 8:30 a.m.** Defendant has until **October 27, 2021** to file a sentencing memorandum. The Court will not reset Defendant's sentencing hearing to allow additional time for Defendant to assist the Government with its investigations. (*See* Plea Agreement ¶ 11 [ECF No. 174] ("[T]his Office may make a motion prior to sentencing . . . or

subsequent to sentencing pursuant to Rule 35 of the Federal Rules of Criminal Procedure . . . ." (alterations added)).

**DONE AND ORDERED** in Miami, Florida, this 18th day of October, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record