Bucaramanga, Colombia, October 10th, 2021


Honorable Judge
**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami. FL 33128


Dear Judge Altonaga.


Cordial greeting, my name is Israel-Andres Barragan-Jerez, Colombian citizen, I am a Civil Engineer by profession, I am currently a public official performing the position of specialized professional for the capital city of Bucaramanga, Colombia, I am 41 years old, married and with 3 minor children, I reside in the city of Bucaramanga, capital of the Department of Santander to the northeast of the Republic of Colombia.

Your honor, I want to say hello to you and tell you that I am writing to provide you with family information about the many years relationship with my cousin Sergio-Alexander Paredes-Jerez, he is a very important person for our family, we grew up together in a very small town in a modest family that managed to get ahead, not all of us had the same opportunities to study, but to stand out in some way, in despite of the difficulties of a poor family, my cousin and I shared the first years of life and about the age of 6 or 7 years old, for reasons of family unification, he moved to another city to reside with his parents, but we never lost contact, my cousin is a very special person, a family man, he has always kept an eye on supporting us with words of encouragement despite the distance, whenever he could, he came to visit his grandparents and sharing Christmas and New Year with his uncles and cousins, due to our closeness, always on every call or whenever we could meet, our conversations were focused in knowing the current situation of each family member, I must say that I received a call, for example, for the birth of each of my children and in the special events of our maternal family.

So, it must be said, that Sergio was educated in a Catholic home, with many teachings about the Christian and human values, helping others and serving, that is how I remember it; perhaps his desire to get ahead, not to be left behind and to excel, and perhaps the hostile environment he found in his youth and adult life made him make some decisions of which today he regrets and is willing to change to return to his roots, to the basis of the teachings we were raised with at an early age.

Your honor, I know by way of his parents the Sergio-Alexander's strong desire to return to his family nucleus to finish raising his children, to support his wife and sharing with his uncles and cousins as always, that is why I beg you your indulgence and benevolence at the time of making the decision to impose a sentence, since his family, his children, his friends, particularly his mother and father want to see him soon making amends for his path, especially after this difficult moment that World is undergoing with the COVID-19 pandemic, currently there is nothing more important than enjoying the close company of a loved one.


Sincerely,


(ILLEGIBLE SIGNATURE)
**Eng. ISRAEL-ANDRES BARRAGAN-JEREZ**
Colombian Citizenship ID No. 13.746.197 Bucaramanga, Colombia
Cellphone: 310 323 7895
iabarraganj@hotmail.com

Bucaramanga, Colombia, Octubre 10 de 2021

Honorable Jueza
**CECILIA M. ALTONAGA**
Estados Unidos Distrito Sur de la Florida
400 North Miami Avenue
Miami, FL 33128

Estimada Jueza Altonaga.

Reciba un cordial saludo, mi nombre es Israel Andrés Barragán Jerez, ciudadano colombiano, de profesión Ingeniero Civil, actualmente soy funcionario público desempeñando el cargo de profesional especializado para la ciudad capital de Bucaramanga, tengo 41 años de edad, casado y con 3 hijos menores de edad, resido en la ciudad de Bucaramanga, capital del Departamento de Santander al nororiente de la República de Colombia.

Su señoría, es mi deseo saludarla y expresarle que le escribo para brindarle información desde el ámbito familiar de la relación de muchos años con mi primo Sergio Alexander Paredes Jerez, él es una persona muy importante para nuestro núcleo familiar, nos criamos juntos en una población muy pequeña en el seno de una familia modesta que logró salir adelante, no todos tuvimos las mismas oportunidades de estudiar, pero sí de sobresalir de alguna manera, muy a pesar de las dificultades de una familia de recursos escasos, con mi primo compartimos los primeros años de vida y cerca de los 6 o 7 años de vida, por razones de unificación familiar, él se trasladó a otra ciudad para residir junto con sus padres, pero nunca perdimos comunicación, mi primo es una persona muy especial, muy familiar, siempre ha estado pendiente apoyando con voces de aliento a pesar de la distancia, siempre que pudo vino a visitar a sus abuelos y a compartir navidad y año nuevo con sus tíos y primos, por nuestra cercanía, siempre en cada llamada o cada vez que nos pudimos encontrar, nuestras conversaciones se centraban en conocer la actual situación de cada familiar, debo decir que recibí una llamada, por ejemplo, por cada nacimiento de mis hijos y en los eventos especiales de nuestra familia materna.

Entonces es preciso decir que Sergio se formó en un hogar católico, con muchas enseñanzas alrededor de los valores cristianos y humanos, ayudar a los demás y servir, así lo recuerdo; tal vez su deseo de surgir, de no quedarse atrás y de sobresalir y tal vez por el ambiente hostil en el que se encontró en su vida juvenil y adulta le hizo tomar algunas decisiones de las que hoy se encuentra arrepentido y dispuesto a cambiar para volver a sus raíces, a la base de la formación con la que crecimos en la edad temprana.

Su señoría, conozco por medio de sus padres el ferviente deseo de Sergio Alexander de volver a su núcleo familiar a terminar de criar sus hijos, apoyar a su esposa y compartir como siempre con los tíos y primos, por eso ruego a usted su indulgencia y benevolencia al momento de tomar la decisión de imponer sentencia, pues su familia, sus hijos, sus amigos, especialmente su madre y su padre lo quieren ver pronto enmendado su camino, sobre todo después de este difícil momento que atraviesa el mundo con la pandemia COVID-19, hoy no hay nada más importante que disfrutar la compañía cercana de un ser querido.

Cordialmente,

**Ing. ISRAEL ANDRÉS BARRAGÁN JEREZ**
13.746.197 Bucaramanga
Móvil: 310 323 7895
iabarraganj@hotmail.com

Escaneado con CamScanner

San Gil, Santander, Colombia, October 10th, 2021

Honorable Judge
**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Dear Judge Altonaga.

I respectfully address you to tell you that I am HILDA-FLOR JEREZ-ARIZA, Sergio-Alexander Paredes' maternal aunt, I am a 61-year-old retired teacher, I reside in San Gil, Santander, Colombia, I have known Sergio-Alexander since his birth, I can attest that he was born and raised in a Catholic home with principles and values, the time he lived with me and his parents, he was a very happy child who loved nature, interacted with animals, after a while he had to move to Tumaco Nariño, Colombia, where he grew up and developed as a person, I continued to have communication with him, we accompanied each other on birthdays, Christmas, and other times of family life.

Tumaco, Narino, the place where he grew up was surely not the right environment for him to have a better luck, because of he lacked school, he lacked educational programs, he lacked opportunities to go to a university, all this can be one of the causes for him to have taken a wrong path, of which I know, he is very sorry for the errors he made, since in addition he had to leave his wife, his children, his parents, his family, so much so that today I have Sergio-Alexander's son Jhoao Paredes, under my academic responsibility.

Your honor, I respectfully request you to keep these words on mind and the difficult times we have lived for the absence of our loved one, which today fills our hearts with mourn, with the certainty that he will come to our family as an exemplary person of change and overcoming.

Sincerely,

(ILLEGIBLE SIGNATURE)
**HILDA-FLOR JEREZ-ARIZA**
Colombian Citizenship ID No. 21.207.636 of Guamal, Meta, Colombia
Cellphone: 320 496 0697
hildaflori@hotmail.es

San Gil, Santander, Colombia, Octubre 10 de 2021

Honorable Jueza
**CECILIA M. ALTONAGA**
Estados Unidos Distrito Sur de la Florida
400 North Miami Avenue
Miami, FL 33128

Estimada Jueza Altonaga.

Muy respetuosamente me dirijo a usted para manifestarle que soy HILDA FLOR JEREZ ARIZA, tía materna de Sergio Alexander Paredes, soy docente pensionada de 61 años de edad, vivo en San Gil Santander, conozco a Sergio Alexander desde su nacimiento, puedo dar fe que nació y creció en un hogar católico con principios y valores, hasta donde estuvo viendo conmigo y sus padres, fue un niño muy feliz que adoraba la naturaleza, interactuaba con los animales, luego de un tiempo tuvo que desplazarse a Tumaco Nariño, donde creció y se desarrolló como persona, yo continue comunicándome con él, nos acompañábamos en los cumpleaños en las navidades y en otros momentos de vida familiar.

En Tumaco, Nariño donde el creció muy seguramente en el ambiente en que el se desarrollo no fue el ambiente propicio para que tuviera una mejor suerte, porque faltó el colegio, faltó programas educativos, faltaron oportunidades para ir a una universidad, todo esto puedo ser una causa para que tomara un camino equivocado, del cual me consta, está muy arrepentido de las faltas cometidas, pues además tuvo que dejar su esposa, sus hijos, sus padres, su familia, tan así que hoy tengo bajo mi responsabilidad educativa a Sergio Jhoao Paredes, hijo de Sergio Alexander.

Su señoría, solicito muy respetuosamente a usted tenga en cuenta estas palabras y los momentos difíciles que hemos vivido por la ausencia de este ser querido que hoy enluta nuestros corazones, con la seguridad que él va a llegar a nuestro entorno familiar convertido en una persona ejemplo de cambio y superación,

Cordialmente,

**HILDA FLOR JEREZ ARIZA**
21.207.636 DE Guamal, Meta.
Móvil: 320 496 0697
hildaflorj@hotmail.es

Escaneado con CamScanner

San Gil, Colombia. October 9th, 2021

Honorable Judge
**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

**Reference:** Letter of support to Sergio Paredes in relation to the sentence.

Dear Judge Altonaga.

My name is Sergio-Jhoao Paredes-Gongora, I am Sergio-Alexander's son, I am 13 years old, I am currently studying seventh grade, I reside in the municipality of San Gil, which is a tourist town in Colombia.

I want to tell you that I miss my dad so much, unlike all the adults, I have not been able to communicate with him due to the distance, I really want to be able to hug him and sharing with him every birthday, every time of my life has been difficult, he was my only company, my mother could not provide me education there in Tumaco, and due to the violence I was sent to San Gil to study in a rural school, there my aunt Hilda Flor cares for me, she is retired and helps me a lot, but the truth is that I really miss my dad, I know that him always asks for me and I hope to see him soon, he is all I have and I would like him to be here with me.

Your honor, at my age I barely understand what is happening, but I know that part of the luck that my father may have is on your hands, so I hope you to consider my wish at the time of judging my dad's situation, so that hopefully very soon, this year, I can see him again at Christmas and we all can share in family.

Sincerely,

(ILLEGIBLE SIGNATURE)
**SERGIO-JHOAO PAREDES**
ID No. 1.087.804.503
Tumaco, Narino, Colombia

San Gil, Colombia, octubre 09 de 2021

Honorable Jueza
**CECILIA M. ALTONAGA**
Estados Unidos Distrito Sur de la Florida
400 North Miami Avenue
Miami, FL 33128

**Referencia:** Carta de apoyo a Sergio Paredes en relación con la sentencia.

Estimada Jueza Altonaga.

Mi nombre es Sergio Jhoao Paredes Góngora, soy hijo de Sergio Alexander, tengo 13 años de edad, actualmente estoy estudiando séptimo grado, resido en el municipio de San Gil, que es una población turística de Colombia.

Quiero decirle que mi papá me hace mucha falta, a diferencia de todos los grandes, yo no he podido comunicarme con él por la distancia, deseo mucho poder abrazarlo y compartir con él, cada cumpleaños, cada momento de mi vida ha sido difícil, él era mi única compañía, mi mamá no pudo darme estudio allá en Tumaco y por la violencia me enviaron a San Gil a estudiar en una escuela rural, allí me cuida mi tía Hilda Flor, ella es pensionada y me ayuda mucho, pero la verdad me hace mucha falta mi papá, sé que él siempre pregunta por mí y espero verlo pronto, es lo único que tengo y quisiera que él estuviera acá conmigo.

Su señoría, a mi edad apenas entiendo lo que está pasando, pero sé que parte de la suerte que pueda tener mi papá creo que está en sus manos, así que agradezco tener en cuenta mi deseo al momento en que usted juzgue la situación de mi papá, para que ojalá muy pronto, este mismo año, pueda volver a verlo en navidad y podamos compartir todos en familia.

Atentamente,

Sergio Jhoao Paredes
**SERGIO JHOAO PAREDES**

T.I. 7.087.804.503
Tumaco Nariño

Escaneado con CamScanner

Bucaramanga, Colombia, October 10th, 2021


Honorable Judge
**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami, FL 33128


Cordial greeting dear Judge Altonaga.

This is **Wilfan-Yesid Sarmiento-Jerez,** Colombian of legal age, a Veterinary Doctor and Zootechnician by profession, I am a public official, I perform the position of level 13 instructor of the Servicio Nacional de Aprendizaje (SENA, for its acronym in Spanish), in the municipality of San Gil, Santander, Colombia, I am 42 years old, happily married and with 2 minor children.

The reason of this message, is to tell you the opinion I have of Sergio-Alexander Paredes-Jerez, my cousin, who is today before your court to be sentenced for the faults or actions that he may have made here in Colombia, however, knowing Sergio-Alexander's personality, nobility, kindness and human sensitivity, I beg you your benevolence and your greatest degree of indulgence when imposing his sentence.

I remember my cousin Sergio since his childhood as a happy, brave, young man with many dreams and desires to get ahead. His life passed in a home of Christian principles and healthy customs.

Since his childhood he told us all his cousins his desire to succeed, to study and to be a great server of noble causes, however, during his adolescence, many of those dreams were fading due to the socioeconomic difficulties and the difficult conditions for the complicated public order situation where he lived due to his father's work; however, and in spite of having made mistakes in his life, he has never lost his desires to live, to succeed and to serve the people most in need.

Your honor, I have the faith and belief that when Sergio returns to Colombia after serving his sentence, his life will change for the better and will take a turn that will allow him to emerge and filling with happiness to the whole family.

Once again your honor, I beg your benevolence and a greater degree of indulgence so that Sergio-Alexander may return his home soon.



Sincerely,



(ILLEGIBLE SIGNATURE)
**WILFAN-YESID SARMIENTO-JEREZ**
Veterinarian and Zootechnician.
Specialist in Agricultural Business Management
Candidate for a Master's Degree in Agricultural Business
Colombian Citizenship ID No. 91.016.475 of Barbosa, Santander, Colombia, Cellphone: 3195403665
wiyesa@hotmail.com

Bucaramanga, Colombia, octubre 10 de 2021

Honorable Jueza
**CECILIA M. ALTONAGA**
Estados Unidos Distrito Sur de la Florida
400 North Miami Avenue
Miami, FL 33128

Cordial saludo estimada Jueza Altonaga.

**Wilfan Yesid Sarmiento Jerez**, colombiano mayor de edad, de profesión Médico Veterinario y Zootecnista, soy funcionario público, me desempeño el cargo de instructor grado 13 del Servicio Nacional De Aprendizaje SENA, en el municipio de San Gil Santander, tengo 42 años, felizmente casado y con 2 hijos menores de edad.

Motiva este mensaje, expresarle mi percepción que tengo de Sergio Alexander Paredes Jerez, mi primo que hoy se encuentra ante su estrado para ser sentenciado por las faltas o acciones que haya podido cometer acá en Colombia, no obstante, conociendo el carácter, nobleza, amabilidad y sentido humano de Sergio Alexander, le ruego su benevolencia y el mayor grado de indulgencia al dictar su sentencia.

A mi primo Sergio, lo recuerdo desde su infancia como un joven alegre, luchador, con muchos sueños y ganas adelante, su vida transcurrió en un hogar de principios cristianos y de sanas costumbres.

Desde su infancia nos contaba a todos los primos sus ganas de triunfar, de estudiar y ser un gran servidor de causas nobles, no obstante, durante su adolescencia, muchos de esos sueños se fueron desvaneciendo a causa de las dificultades socioeconómicas y las condiciones difíciles por el complicado orden público donde vivió en razón del trabajo de su padre; no obstante, y a pesar de haber cometido errores en su vida, nunca ha perdido sus ganas de vivir, de triunfar y de servir a las personas mas necesitadas.

Su señoría, tengo la fe y la convicción que cuando Sergio regrese a Colombia luego de purgar su condena, su vida cambiará para bien y dará un giro que le permitirá surgir desde la legalidad y contagiar de felicidad a toda la familia.

Nuevamente su señoría, le ruego su benevolencia y mayor grado de indulgencia para que Sergio Alexander pueda volver pronto al seno de su hogar.

Cordialmente,

**WILFAN YESID SARMIENTO JEREZ**
Médico Veterinario y Zootecnista
Esp. En Gerencia de Empresas Agropecuarias
Candidato a Magíster en Agronegocios
Cc. 91.016.475 de Barbosa Santander
Celular: 3195403665
wivesa@hotmail.com

Escaneado con CamScanner

San Gil, Colombia, October 10th, 2021

Honorable Judge
**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami, FL 33128


**Reference:** Letter of support to Sergio Paredes in relation to the sentence.


Dear Judge Altonaga.


My name is Katrin-Nicol Saa-Paredes, I am a niece of Sergio-Alexander Paredes, I am 12 years old, I am currently studying the sixth grade, I reside in the municipality of San Gil, Department of Santander, Colombia.


My uncle Sergio is very special, every December he would send me some present and he was always present and asking my mother and my grandparents about how am I, I miss him very much, I would like him to be here with us, every day or every time we can we pray for his health and since he is far away we ask for him to return soon safe and sound.


I appreciate you to have my request into consideration and I hope that when you are analyzing my uncle's case, you think that here in Colombia a family awaits him with much love, I hope he will be with us very soon.




Sincerely,




**(ILLEGIBLE SIGNATURE)**
**KATRIN-NICOL SAA-PAREDES**
ID No. 140167131 of Bolívar, Santander, Colombia

San Gil, Colombia, octubre 10 de 2021

Honorable Jueza
**CECILIA M. ALTONAGA**
Estados Unidos Distrito Sur de la Florida
400 North Miami Avenue
Miami, FL 33128

**Referencia:** Carta de apoyo a Sergio Paredes en relación con la sentencia.

Estimada Jueza Altonaga.

Mi nombre es Katrin Nicol Saa Paredes, soy sobrina de Sergio Alexander Paredes, tengo 12 años de edad, actualmente estoy estudiando sexto grado, resido en el municipio de San Gil, Departamento de Santander, Colombia.

Mi tío Sergio es muy especial, en cada diciembre me enviaba algún detalle y siempre estaba presente y preguntando a mi mamá y a mis abuelos que como estoy yo, hace mucha falta su presencia, quisiera que estuviera acá con nosotros, todos los días o cada vez que podemos oramos por su salud y como está lejos pedimos que regrese pronto sano y salvo.

Agradezco que tenga en cuenta mi solicitud y ojalá que cuando este usted analizando el caso de mi tío piense que acá en Colombia con mucha ilusión lo espera una familia con mucho amor, ojalá muy pronto este acá con nosotros.

Atentamente,

Katrin Nicol Saa Paredes
**KATRIN NICOL SAA PAREDES**

TI. 140167131 de Bolívar Santander

The Honorable Cecilia M. Altonaga
United States, Southern District of Florida
400 North Miami Avenue Miami, FL 33128


Dear Judge Altonaga, this is Betty Rosero-Marquez, a Sergio's friend. I am 45 years old, I reside in the municipality of Tumaco-Nariño, Colombia, I currently work at PRIMAX, a gas station in my municipality. I have known Sergio for approximately 12 years.


I am addressing you, your honor, in order to let you know the friendship relationship that I have had with Sergio. As your honor knows, Sergio pleaded guilty, and today I am writing on his behalf to provide you with information which I hope you to consider when imposing his sentence. I have known Sergio since 2009 until the current year. He is a hard-working, helpful, communicative, charitable, humble, respectful and above all responsible person. I have known him since he transported passengers from urban and rural areas.


I'm sure that Sergio regrets everything he did, since he is aware that what he did was not right. However, as far as I know about his character, that is not corresponding with the years of friendship that I have with him. Because of that, your honor, I ask you to take this letter into consideration and to be indulgent, since a prolonged imprisonment would affect his wife Marlen and especially his Daughter Lina-Marcela, but especially Sergio, since he would miss his daughter's growth and development and would not be close to his wife supporting her at difficult times.


I could assure you that today Sergio is very sorry for what he did in the past years, since he already realized of his mistakes and he will not want to make them again, since they have brought him consequences both physically and in his health and especially in the emotional and affective aspects with his family. Thank you your honor for listening to me and asking you again to please take this letter into consideration.


Thank you so much


<u>(ILLEGIBLE SIGNATURE)</u>
**BETTY ROSERO-MARQUEZ**
ID 59.673.364

La Honorable Cecilia M. Altonaga

Estados Unidos Distrito Sur de la Florida

400 North Miami Avenue Miami, FL 33128

Estimada Jueza Altonaga yo soy Betty Rosero Márquez amiga de Sergio. Tengo 45 años, resido en el municipio de Tumaco-Nariño, trabajo actualmente en PRIMAX una gasolinera de mi municipio. Conozco a Sergio aproximadamente hace 12 años

Me dirijo a usted su señoría con el fin de darle a conocer la relación de amistad que he llevado con Sergio. Como su señoría lo sabe Sergio se declaró culpable, y el día de hoy yo escribo en su nombre para brindarle información la cual espero que la tome en cuenta a la hora de dar su respetiva sentencia. Desde el año 2009 hasta el presente año conozco de vista, trato y comunicación a Sergio. Es una persona trabajadora, servicial, comunicativa, caritativa, humilde, respetuosa y sobre todo responsable. Lo conozco cuando el transportaba pasajero de la zona urbana y rural

Estoy segura de que Sergio se arrepiente de todo lo que hizo, pues él es conciente de que lo que hizo no estuvo bien. Sin embargo, según mi conocimiento acerca del carácter que el maneja no son compatibles con los años de amistad que llevo con él. Por esto señoría pido a usted que tenga muy en cuenta esta carta y sea indulgente, pues el encarcelamiento prolongado afectaria a su esposa Marlen y en especial a su Hija Lina Marcela, pero en especial a Sergio, ya que se perdería de el crecimiento y desarrollo de su niña y no estaría cerca de su esposa apoyándola en los momentos que se le presenten de dificultad.

Yo podría asegurarle que el día de hoy Sergio esta muy arrepentido por lo cometido en los años pasado, pues ya se dio cuenta de su error y no querrá volver a cometerlos, puesto que esto le ha traído consecuencias tanto en lo físico, como en la salud y especialmente en la parte emocional y afectiva con su familia. A usted señoria gracias por escucharme y pedirle nuevamente que por favor tenga muy en cuenta esta escrito.

Muchas gracias

BETTY ROSERO MARQUEZ

CC 59.673.364

Escaneado con CamScanner

San Andres de Tumaco, Colombia, October 11th, 2021


Honorable Judge:

**CECILIA M. ALTONAGA**
United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128


**REFERENCE:** Letter of support to Sergio-Alexander Paredes


**Respected: JUDGE ALTONAGA**

Your honor, by means of this letter I respectfully address you, my name is JEAN-CARLOS CENTENO-SEGURA identified with Colombian Citizenship ID No. 1087209941, I am 23 years old and I have known SERGIO PAREDES since I was 12 years old, I have always been his friend, Sergio is a very good, generous, caring and above all respectful person, he is responsible to his family, he is a loving man to his wife and children, what I admire about him is that what he has is not his, that If someone is in need, he is capable to give everything to help this person. Your honor, I was in a traffic accident, I lost one of my legs and Sergio was always there supporting me.

That is why I am writing you this letter, so that you realize what an excellent person Sergio is, he is a good son, husband, an exemplary father, friend, brother-in-law, neighbor.

Your honor, due to life circumstances he made a mistake which he regrets, he is an honest, disciplined person, with many values. I would appreciate you take all the above into consideration.


God bless you.


I appreciate your attention


Sincerely,


(ILLEGIBLE SIGNATURE)
JEAN-CARLOS CENTENO
Colombian Citizenship ID No.1087209941 of Tumaco, Colombia

Honorable jueza:

## CECILIA M. ALTONOGA

Estados unidos distrito sur de florida

400 North Miami Avenue

Miami FL33128

**REFERNCIA:** carta de apoyo  a Sergio Alexander paredes

**Respetada: JUEZA ALTONOGA**

Su señoría por medio de la presente me dirijo a usted  con todo el respeto, mi  nombre es JEAN CARLOS CENTENO SEGURA identificado con cedula de ciudanía colombiana número 1087209941, tengo 23 años de edad y conozco a SERGIO PAREDES desde que tenía 12 años de edad siempre he tenido una amistad con él, Sergio es una persona muy buena solidaria generosa ante todo respetuosa, responsable con su familia, es un hombre cariñoso con su esposa y sus hijo lo que admiro de él es que lo que él tiene no es de él que si alguien necesita es capaz de darlo todo por ayudar a esas persona, señoría yo tuve un accidente de tránsito, perdí una de mis piernas y Sergio que siempre estuvo ahí brindándome su apoyo.

Por eso  le escribo esta carta, para que usted se dé cuenta de la excelente persona que es Sergio  es buen hijo, esposo, un padre ejemplar amigo cuñado vecino

Su señoría por circunstancias de la vida cometió un error  del cual está arrepentido, es una persona honesta  disciplinada, con muchos valores. Agradecería que tuviera en cuenta todo lo anterior

Dios la bendiga

Agradezco la atención prestada

Atentamente,

Jean Carlos Centeno S.

JEAN CARLOS CENTENO

CC. # 1087209941 de Tumaco

Cali-Valle, Colombia, October 20th, 2021

Honorable Judge:
**CECILIA M. ALTONAGA**
United States, Southern District of Florida
400 North Miami Avenue
Miami FL 33128

Cordial greetings:

I respectfully address you in order to give you my testimony about Mr. SERGIO PAREDES, my name is Andres Trejos I am 19 years old, I am studying the first semester of psychology, your honor my uncle is a good person, he has been as my father, he has helped me a lot, for me he is a man of integrity, he made a mistake and he is very sorry for that, perhaps the circumstances led him to make mistakes, of which I am sure, your honor, is that he is sorry and I apologize to you on his behalf, my uncle is a person that has had difficult circumstances.

Your honor, I was in a serious traffic accident, I was hospitalized in an intensive care unit, the doctors gave me no hope, they told my mother that only a miracle could save me and my uncle was the only person who was always there, for this and many other things, he is a man whom I owe my life, that is why I apologize to you on my knees on his behalf, your honor, my uncle, in spite of his pathology, he was born without a kidney, always worked tirelessly, I ask you to have into consideration everything that I have told you in this letter.

I appreciate your attention

God bless you.

Sincerely,

(ILLEGIBLE SIGNATURE)
Andres Trejos-Micolta
Colombian Citizenship ID No. 1004.614.203 of Tumaco, Colombia

Cali valle Colombia octubre 20 de 2021

Honorable jueza:

**CECILIA M. ALTONOGA**

Estados unidos distrito sur de florida

400 North Miami Avenue

Miami FL33128

Cordial saludos:

Muy respetuosamente me dirijo a usted fin de darle   mi testimonio  a cerca del señor SERGIO PAREDES, mi nombre es Andrés Trejos  tengo 19 años soy estudiante de psicología curso primer semestre su señoría mi tío es una persona buena  el asido como mi papa mea ayudado mucho, para mí es un hombre íntegro, cometió u error y de eso está muy arrepentido quizás  la circunstancia lo llevo a cometer errores  de lo que estoy seguro su señoría es que él está arrepentido y le pido perdón en nombre de él, mi tío es una persona que le ha tocado situaciones difíciles.

Su señoría yo tuve un accidente de tránsito grave fui internado en cuidados intensivos que los médicos no me daban esperanza le decían a mi mama q solo un milagro me salvaba y mi tío fue la única persona q siempre estuvo ahí, por esto y muchas cosas mas él es un hombre, yo he debo la vida a él por eso le pido perdón de rodillas en su nombre su señoría, tío a pesar  de su patología que nació sin un riñón siempre trabajo incansablemente,  mi le pido que tenga encuesta todo lo que le he dicho en esta carta

Agradeciendo su atención prestada

Dios la bendiga.

Atentamente

Andres trejos

Andrés Trejos Micolta

CC. # 1004.614.203 de Tumaco

San Andres de Tumaco, Colombia, October 15th, 2021


Honorable Judge:


CECILIA M. ALTONAGA
United States, Southern District of Florida
400 North Miami Avenue
Miami FL 33128


Reference: Letter of support to Sergio-A. Paredes in relation to the computed sentence.


Judge Altonaga


My name is Angelica Perea-Arboleda, I am one of the best friends of Sergio-Alexander, I am 32 years old, I have a professional degree in International Trade and Marketing, I am currently working as a teacher, I have a daughter of 1 year and 9 months old, I reside in the Municipality of Tumaco, department of Narino, Colombia.

I am addressing you with the respect you deserve to tell you about my many years' relationship with my friend Sergio-Alexander Paredes-Jerez, he is a very important person to my family, we have known each other for over 16 years, when I first met Sergio he drove a public service truck, since then we became very good friends, we got identified a lot by our personality, that joy that characterized us and that good vibes we transmit to those around us.

Sergio-Alexander Paredes grew up in a Catholic home, he was a very educated, cheerful young man who stood out wherever he came, he was brave until exhaustion, he did not give up before the life adversities, a young man with many dreams and desires to get ahead, he always cared for the well-being of his beautiful family, he did his best so that they did not lack anything, he wanted that his sisters to be professional, which he could not due to the situation that they were going through in the family. He became a father at an early age, which led him to work harder but he always kept calm and trusted God that things were going to improve.

Rather than a friend I consider him as a brother, he has been my advisor, my partner, my friend, it would be better to say that he has supported me when I have needed him the most and he has always given me good advices, thanks to our nice friendship he met Marlen Micolta, we were coworkers at that time, and I can also say that this woman is a great person, someone who takes the bread out of her mouth for giving it to others, better said, 2 wonderful human beings who help others without waiting anything in return joined together.

I appreciate very much the attention paid to this request, I am a woman of great Faith, waiting for the soon return of my great friend.


Sincerely,


(ILLEGIBLE SIGNATURE)
ANGELICA PEREA-ARBOLEDA
Colombian Citizenship ID No. 1.087.124.067 TUMACO, COLOMBIA, Cellphone: 3105205387

San Andrés de Tumaco, Colombia 15 Octubre de 2021

Honorable Jueza

CECILIA M. ALTONAGA

Estados Unidos Distrito Sur de la Florida 400North Miami Avenue Miami, FL 33128

Referencia: Carta de apoyo a Sergio A. Paredes en relación con la sentencia Estimada Jueza Altonaga

Mi nombre es Angélica Perea Arboleda, soy una de las mejores amigas de Sergio Alexander, tengo 32 años, de profesión Comercio Internacional y Mercadeo, actualmente me desempeño como tutora en la parte de la docencia, tengo una niña de 1 años y 9 meses, resido en el Municipio de Tumaco departamento de Nariño.

Me dirijo a usted con el respeto que se merece a contarle mi relación de muchos años con mi amigo Sergio Alexander Paredes Jerez, es una persona muy importante para mi núcleo familiar, hace más de 16 años que nos conocemos cuando conocí a Sergio el manejaba una camioneta de servicio público desde ese entonces nos hicimos muy buenos amigos, nos identificamos mucho por nuestra personalidad esa alegría que nos caracterizaba y esa buenas vibras que transmitimos a los que nos rodeaba.

Sergio Alexander Paredes creció bajo el seno de un hogar católico un muchacho muy educado, alegre que se hacía sentir donde llegaba, luchador hasta el cansancio no se rendía antes las adversidades que la vida a veces le ponía como prueba, joven con muchos sueños y ganas por salir adelante siempre vivía pendiente del bienestar de su hermosa familia se esforzaba mucho para que no les faltara nada, quería que sus hermanas fueran profesional cosa que el no pudo por la situación que atravesaban en la familia. Fue padre a muy temprana edad eso hizo que el trabajo se le sumará más pero siempre mantuvo la calma y la fe puesta en Dios que las cosas iban a mejorar.

Más que un amigo lo considero como un hermano ha sido mi consejero, mi parcero, mi amigo, mejor dicho ha estado para mí en cuanto más lo he necesitado y siempre dándome buenos consejos, gracias a nuestra bonita amistad conoció a Marlen Micolta eramos compañeras de trabajo en ese entonces y también puedo recalcar que esa mujer es una alma de Dios una persona que se quita el pan de la boca por

dárselo a los demás mejor dicho se unieron 2 seres maravillosos personas que siempre dan sin esperar a cambio.

Le agradezco mucho la atención prestada a esta solicitud, soy una mujer de mucha Fe esperando pronto el regreso de mi gran amigo.

Atentamente,

Angelica Perea-

ANGELICA PEREA ARBOLEDA

1.087.124.067 TUMACO Celular: 3105205387

San Andres de Tumaco, Colombia, October 19th, 2021


Honorable Judge:

United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128

**REFERENCE: LETTER OF SUPPORT TO SERGIO PAREDES IN RELATION TO THE SENTENCE.**

Cordial greetings:

I, JULIO MICOLTA-HERNANDEZ, identified with Colombian Citizenship ID No. 12.911654 of Tumaco, Colombia, respected judge, I attest that SERGIO PAREDES, has been a person devoted to his family, he was always a honest man with a good heart, one of his great qualities is that he likes to help others, he has gone through difficult situations, on which he had to work from three am to support his family and also to help his parents, your honor, I apologize to you on his behalf, I know that he regrets for everything he did, Sergio is a very noble person, he likes to help others your honor, a whole family longs to have him back, we are human beings and we make many mistakes and he is paying handsomely by not being able to be with his family that is what he loves the most, his little daughter Lina who awaits him with open arms.


For these reasons and many more, I ask you to consider these reasons... Thank you for your attention


Sincerely,



(ILLEGIBLE SIGNATURE)
Julio Micolta-Hernandez
Colombian Citizenship ID No. 12 911654 of Tumaco, Colombia

Honorable jueza:

Estados unidos distrito sur de florida

400 North Miami Avenue

Miami FL33128

**REFERNCIA: CARTA DE APOYO A SERGIO PAREDES CON RELACION A LA CENTENCIA.**

Cordial saldo:

Yo JULIO MICOLTA HERNANDEZ identificado con cedula de ciudadanía número 12.911654 de Tumaco ciudadano colombiano respetada jueza yo doy fe que SERGIO PAREDES, asido una persona dedicada a su familia siempre fue un hombre de buen corazón honesto una de sus grandes cualidades de él es que le gusta ayudar a los de más ha pasado por situaciones difíciles, en las cuales le tocaba trabajar desde las tres de la maña para mantener a su familia y también ayudar a sus padres, su señoría le pido perdón en nombre de el yo sé que él está arrepentido por todo lo que iso, Sergio es una persona ,muy noble le gusta ayudar a los demás su señoría una familia entera anhela tenerlo devuelta somos seres humano y cometemos muchos errores y el está pagando con creses al no poder estar con su familia que es lo que el mas quiere, su pequeña hija Lina que lo espera con los brazos abierto ,

Por estas razones y muchas más le pido tenga en cuenta estas razones…

Agradeciéndole su atención prestada

Atentamente,

*Julio Micalta H.*

Julio Micolta Hernandez

CC.,# 12 911654 de Tumaco

October 16th, 2021


Ms. Judge
CECILIA ALTONAGA
United States Southern District of Florida


Dear Ms. judge, my name is Lina-Marcela Paredes-Micolta, I am 7 years old, I am studying the SECOND grade of elementary school, these days I saw my mom crying while writing a letter, I asked her if she was writing to my daddy and she answered no, that she was writing to the judge who had my father's prosecution and that she was telling her who he was.


I also wanted to write a letter to tell you who my daddy is, his name is Sergio, he is the best dad in the world.


I miss him so much because he cared for me, he took me to school, he played a lot with me and made me laugh so much, I miss him at nights because my mom does not read me the stories like he did.


My heart says that I need him a lot because I need him for being happy.


Please tell him that his princess loves him and that every night my mommy, David and I ask God for my dad to come home soon.



Thank you so much



(ILLEGIBLE SIGNATURE)
Lina-Marcela

16 de octubre 2021


Señora   Juez
CECILIA  ALTONAGA
Estados Unidos Distrito Sur de La Florida


Querida señora juez  me llamo Lina Marcela Paredes Micolta, tengo 7 años de edad, curso grado SEGUNDO de primaria, en  estos días  vi  a mi mami llorando mientras escribía una carta, le pregunte que si le estaba escribiendo a mi papi y me contesto que no, que le escribía a la juez que tenía el proceso de mi papa y que le estaba contando quien era él.

Yo también quise escribir una carta para contarle a usted quien es mi papi, él  se llama Sergio,  es el mejor papa del mundo.

Lo extraño arto  porque me cuidaba, me llevaba al colegio,  jugaba bastante conmigo y me hacía reír mucho,  me hace falta  en las noches porque mi mami no me lee los cuentos como él.

Mi corazón dice que lo necesito mucho pues me hace falta para ser feliz.

Dígale por favor que  su princesa lo ama y  que todas las noches mi mami David y yo le pedimos  a Diosito que mi papa vuelva a mi casa  rápido.


Muchas gracias
*Lina Paredes*
Lina marcela

Escaneado con CamScanner



From: Lina-Marcela Paredes
To: My daddy
My Family



De linda Marcela Paredes
Para Mi papito
Mi Familia

Escaneado con CamScanner

Cali, Colombia, October 16th, 2021

Honorable
CECILIA M. ALTONAGA
United States Southern District of Florida

Respected Judge Altonaga.

JUAN-DAVID LLANOS-MICOLTA is writing you, I am currently studying the tenth grade of high school, I am 15 years old and I reside in the city of Cali, Colombia, I am Sergio Paredes' son, I do not have his blood, I do not look like him, his name is not on my birth certificate, but that is the least important thing when a person is the living example that Father is not the one who begets children but the one who raises them and he has done so with his love for me. He has already earned a place in heaven.

I want to tell you that my father had never qualms for assuming the role of a Father with love and responsibility, he has loved me and protected me every day since his arrival to my life and therefore I will always love him, as If he were the person whom I owe what I am until my short time of life.

I did not have the opportunity to live with my Dad, but I can proudly say that I am lucky to have a Stepfather who has always loved me and has cared for me as if I were his own son. I know that he is not my real Dad, but my lips, my heart will always recognize him as the one who gave me the life, and with the pride of a son I can say that he has never stopped loving me and teaching me good things.

Ms. Judge, I want to tell to you that my father is a good man, who fixed my mother's broken heart, who has made us happy. He is not my biological father, I do not have his blood, but for me he is my father in the fullest sense of the word.

Perhaps any man can have a child, but I have learned through him that a father is a real man who cares for, protects, educates, loves and guides a child, but it is much more valuable when he does it with a child that is not his.

I also want to tell you how much he means to my mother's life, I know how much they love each other, they are that kind of marriage that makes us, her children, want to get married some day and find our soulmate as they have, and live as happy as we were when we all were together. We miss his company, his laughter, his games, his anger, and why not? even his scolding.

I know that my father's sentence is on your hands and I ask you with all my heart to take my father's regret into consideration, I have directly seen the suffering that his actions have caused him and I am also a witness of the countless times he has apologized to us for acting in a way contrary to what he has always taught us.

I hope you, Ms. Judge, also believe in his regret, as we, the ones who know him do, and accept it in the best way, and you are no so hard on your decision so that we can have our father again very soon.

Thank you for listening to me.

(ILLEGIBLE SIGNATURE)
JUAN-DAVID LLANOS-MICOLTA
ID No. 1087119775

Cali 16 de Octubre de 201

Honorable
CECILIA M. ALTONAGA
Estados Unidos Distrito Sur de La Florida

Respetada Jueza Altonaga.

*Le escribe JUAN DAVID LLANOS MICOLTA, curso actualmente décimo grado de bachillerato, tengo 15 años y vivo en la ciudad de Cali, soy hijo de Sergio Paredes, no llevo su sangre ni me parezco a él, su* nombre no está en mi acta de nacimiento, *pero es lo que menos importa cuando una persona* es el vivo ejemplo de que Padre no es quien engendra sino el que cría y así lo ha hecho el con tanto amor hacia mí. Desde ya tiene un puesto ganado en el cielo.

Quiero comentarle a usted que mi papa ha sido una persona que nunca tuvo reparos para asumir con afecto y responsabilidad el rol de un Padre, que me ha amado y protegido cada día desde su llegada a mi vida y por ello Siempre lo voy a querer como si fuera el ser a quien le debo lo que he logrado ser hasta este corto momento de mi vida.

No tuve la oportunidad de vivir con mi Papá, pero con mucho orgullo puedo decir que tengo la suerte de tener un Padrastro que siempre me ha dado su afecto y cuidados como si fuera su propio hijo. Sé que no es mi verdadero Papá, pero mis labios, mi corazón siempre le llamarán y reconocerán como si lo fuera el ser que me dio la vida, y con orgullo de hijo puedo decir que nunca me ha dejado de dar su cariño y buenas enseñanzas.

Escaneado con CamScanner

Señora Juez quiero expresarle que mi padre es un buen hombre, que reparo el corazón partido de mi mama, que le ha dado felicidad a ella y a nosotros sus hijos. No es mi padre biológico, no llevo su sangre pero para mí es mi padre en toda la extensión de la palabra.

Quizá cualquier hombre puede tener un hijo, pero con el he aprendido que un padre es aquel hombre de verdad que cuida, protege, educa, ama y guía a un niño, pero tiene mucho más valor cuando lo hace con un niño que no es suyo.

También quiero contarle lo mucho que significa en la vida de mi mama, se cuánto se aman, son ese matrimonio que hace que nosotros sus hijos queramos casarnos algún día y encontrar nuestra media mitad como lo han hecho ellos y vivir tan felices como lo éramos cuando estábamos todos juntos. Extrañamos disfrutar tanto de su compañía, de sus risas, de sus juegos, enojos y por qué no hasta regaños.

Sé que en sus manos está la condena que impondrá a mi padre y de todo corazón le pido que tenga en cuenta su arrepentimiento, he visto de manera directa el sufrimiento que su actuar le ha causado y soy testigo también de las incontables veces que nos ha pedido perdón por actuar de una manera contraria a lo que siempre nos ha enseñado.

Espero que usted señora Juez, también crea en su arrepentimiento como lo creemos nosotros que lo conocemos y acepte de la mejor manera su arrepentimiento, y no sea tan severa en su decisión para poder tener la dicha de volver muy pronto a tener a nuestro padre con nosotros.

Agradecido de escucharme, se despide de usted,

Juan David Llanos
1087119775
JUAN DAVID LLANOS MICOLTA

Escaneado con CamScanner

San Gil-Santander, Colombia, October 17th, 2021


Honorable
CECILIA M. ALTONAGA
United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128


Ms. Judge Altonaga.


GLADIS-CECILIA JEREZ, identified with ID No. 28.032.577, is addressing you, I reside in San Gil-Santander, Colombia, I am SERGIO PAREDES' mother, and I am addressing you to ask you for benevolence to my son at the time of sentencing.


I would have liked to save these words to myself, but the emptiness, my son's absence and the uncertainty about how long will he be imprisoned are sufficient grounds for writing to you today on my birthday, when my son's absence feels stronger, it's been two years since I started my birthday with the coffee that he took me to bed, without his sudden kisses on my cheek and a good morning mom!


I started this morning alone, with the forced distance that separates me from my son, and I raise my voice in silence to entrust him to God as every day.


What do people outside this situation know about the pain of absence? Do they even know that sharp pain that comes out from the gut and intensifies every hour by wondering is he fine? has he eaten? does he sleep well? is he mistreated?  is he sad?


I respectfully share with you my pain as a mother, and the terrible agony of having my son far away, locked in four walls. I also want to tell you that Sergio is a good man, he has been a good son, a good brother, a good husband and a good father, a kind, a humble, a hardworking, respectful with his parents, man, and I know that he regrets, he has

told me that he is truly sorry for his actions and has promised me and his family never to repeat them. I believe him because I know him well, I saw him being born, I raised him and although his sudden actions are opposite to the values that were taught to him and that he has practiced throughout his life, I humbly request a lenient sentence, since time in jail is a death in life for his whole family.

Thank you for taking the time to read my letter.

Sincerely,

(ILLEGIBLE SIGNATURE)
GLADIS-CECILIA JEREZ

San Gil Santander, octubre 17 de 2021

Honorable
CECILIA M. ALTONAGA
Estados Unidos Distrito Sur de La Florida
400 North Miami Avenue
Miami FL 33128

Señora  Jueza Altonaga.

Se dirige a Usted GLADIS CECILIA  JEREZ, me  identifico con cedula de ciudadanía número  28.032.577,  vivo  en  San  Gil  Santander,  soy  la  madre  de  SERGIO PAREDES, y me dirijo a usted para implorarle benevolencia para con mi hijo al momento de dictar sentencia.

Hubiese deseado ahorrarme estas palabras, pero el vacío,  la ausencia de mi hijo y la incertidumbre de que tiempo estará privado de la libertad  son motivos suficientes para escribirle  un día como hoy,  en el que es mi cumpleaños y es  más marcado la ausencia de mi hijo, son ya dos años sin que inicie mi onomástico con el café que me llevaba  a la cama, sin sus  besos en la mejilla repentinos y un ¡buenos días mamá!

Hoy inicié esta mañana sola, con la distancia forzada que me separa de mi hijo, y en silencio elevo mi voz para encomendarlo como todos los días  a Dios.

Qué saben las personas ajenas a esta situación  del  dolor de la ausencia? ¿Acaso conocen ese dolor implacable que sale de las entrañas y que hora a hora se recrudece pensando si estará bien, si ha comido, si duerme bien, si no le maltratan, si esta triste?

Respetuosamente le comparto mi dolor de madre y  la terrible agonía de tener a mi hijo  lejos,  encerrado  en cuatro paredes. También quiero darle a conocer que Sergio es un hombre de bien,  ha sido un buen hijo,  un buen hermano, un buen esposo y un buen padre,   bondadoso, humilde, trabajador, respetuoso de sus padres, y de su boca he conocido sus manifestaciones de  arrepentimiento, me ha

Escaneado con CamScanner

manifestado que se arrepiente sinceramente de sus acciones y me ha prometido a mí y su familia no repetirlas nunca. Le creo porque lo conozco bien, lo vi nacer lo crie y aunque su actuar repentino es contrario a los valores que se le inculcaron y que ha practicado a lo largo de su vida, solicito humildemente una sentencia indulgente, ya que el tiempo en la cárcel es una muerte en vida para toda su familia.

Gracias por tomarse el tiempo de leer mi carta.

Atentamente,

GLADIS CECILIA JEREZ

Escaneado con CamScanner

Medellin, Colombia, October 15th, 2021


Honorable
CECILIA M. ALTONAGA
United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128


Dear Judge Altonaga.


CESAR-DAVID MICOLTA-CARDENAS, identified with Colombian Citizenship ID No. 1087120667 is addressing you, I am a native from the municipality of Tumaco, Colombia, and I currently reside in the city of Medellin, I am a physician by profession, I am a lifelong friend of Sergio, we were raised together since we were children in the same neighborhood and we have shared many good and bad times that make me see him as a brother whom I have loved for many years and whom I hope to see again soon.

The word brother is one of the strongest I know, but it really fits him, although it is true that brothers have a very strong love-hate relationship, which only they can maintain, because only they understand it. Maybe one day they hate each other and the next, they defend themselves tooth and nail. That is exactly what Sergio and I have been. It is possible that our friendship is so strong due to although we are different on many issues, deep down inside us our values and beliefs are very similar. And that is why our friendship has truly become unbreakable.

I dare to write this letter to you, your Honor, in order to let you know a little about who my friend is, he is a humble, optimistic, always positive person, with a great heart, a tireless warrior with whom we have accompanied each other throughout life on our missteps, our stumbles, on each fall and each sadness. We have undergone many things, some happy, others painful, but he is always loyal to our friendship, willing to listen to me, to encourage me and motivate me at all times, and I have also tried to do so even at these difficult times that he is going through, which with the help of God we hope will finish very soon and the pain he is living today for being away from his wife, his children, his loved ones and his friends is left behind.

I have had many conversations with Sergio since he has been imprisoned and he has told me with tears in his eyes and his heart on his hand that he regrets for what he did, for having acted in an opposite way to his values, his principles and the dreams we once had... he has told me that "getting into this was a mistake, a stupidity and a big mistake" … And I, who know him very well, can tell you your honor, that his regret is genuine, since he has understood not only the implications of such conduct but its scope and social impact, in addition to being aware of the pain he has caused to his family by submitting them to live this nightmare, and I note that he is definitively willing to submit to a social reintegration program.

Your honor, I want to ask you to please consider what I have tried to tell you through this letter about my friend's personality, I cannot describe enough to you the exceptional human being he is and for that reason I ask you for clemency at the time of sentencing, that it is not so harsh that may sharpen even more not only Sergio's suffering but also to emotionally deteriorate even more his family, especially his minor children.

Thank you for taking the time to read my letter, and I ask God, your honor, to touch your heart and you to have benevolence to Sergio at the time of sentencing.

Sincerely,

(ILLEGIBLE SIGNATURE)
CESAR-DAVID MICOLTA-CARDENAS

Medellín, octubre 15 de 2021

Honorable
CECILIA M. ALTONAGA
Estados Unidos Distrito Sur de La Florida
400 North Miami Avenue
Miami FL 33128

Estimada Jueza Altonaga.

Se dirige a Usted CESAR DAVID MICOLTA CARDENAS, identificado con cedula de ciudadanía número 1087120667 , oriundo del municipio de Tumaco y residente actualmente en la ciudad de Medellín, de profesión médico, soy amigo de Sergio de toda la vida, nos criamos juntos con el  desde niños  en el mismo barrio y hemos compartido muchos  momentos buenos y malos que me hacen sentirlo como un hermano que quiero  en mi existencia desde hace muchos años y al  que espero volver a ver pronto.

La palabra hermano, es una de las más fuertes que conozco, pero realmente encaja con él  a la perfección, si bien es cierto los  hermanos tienen una relación amor-odio muy  fuerte,   que  solo  ellos  pueden  mantenerla,  porque  solo  ellos  la entienden. Quizá un día se odien y al otro se defiendan con uñas y dientes. Eso,  es exactamente lo que hemos sido Sergio y Yo. Posiblemente nuestra amistad sea tan sólida debido a que,  aunque tenemos diferencias en muchos temas, el fondo del armario nuestros valores y creencias son muy similares. Y es ahí donde realmente nuestra  amistad se ha hecho   inquebrantable.

Me atrevo a escribirle esta carta a su Señoría, a fin de darle  a conocer un poco de quien es mi amigo, una persona humilde, optimista, siempre positivo, con un gran corazón,   guerrero incansable y con el que nos hemos acompañado a lo  largo de la  vida en nuestros pasos en falso, en los tropiezos abruptos, en cada caída y  cada lágrima. Hemos pasamos infinitas cosas, alguna alegres, otras dolorosas,  pero  él siempre leal a nuestra amistad,  dispuesto   a escucharme, a animarme y a motivarme en cada momento, y así  también he tratado de hacerlo yo incluso en esto momentos difíciles que atraviesa, momentos que con el favor de Dios esperamos que terminen  muy pronto y que  a tras quede el dolor que hoy está viviendo al verse alejado de su esposa de sus hijos de sus seres queridos y de sus amigos.

Escaneado con CamScanner

He sostenido muchas conversaciones con Sergio desde que esta privado de la libertad y con lágrimas en sus ojos y el corazón en la mano me ha manifestado su arrepentimiento por lo que hizo, por haber actuado de manera contraria a sus valores, a sus principios y a los sueños que una vez tuvimos... me ha manifestado "que haberse metido en esto fue una equivocación, una estupidez y un gran error.". Y yo que lo conozco muy bien puedo manifestarle su señoría que es un arrepentimiento sincero, pues ha comprendido no solo lo que implica dicha conducta sino la magnitud e impacto social que esta tiene, además de ser consiente del dolor que le ha causado a su familia sometiéndolos a vivir esta pesadilla y que veo en él una disposición definitiva a una reinserción social.

Su señoría, quiero pedirle por favor que tenga en cuenta lo poco que a través de esta carta he tratado de darle a conocer de la personalidad de mi amigo, me quedo corto para describirle la clase de ser humano excepcional que es y por ello le pido a usted clemencia al momento de dictar sentencia, que la misma no sea tan dura que agudice aún más el sufrimiento que padece no solo Sergio sino que deteriore más emocionalmente a su familia, en especial a su menores hijos.

Le agradezco el tiempo que tome para leer mi misiva, y le pido a Dios su señoría toque su corazón y tenga benevolencia con Sergio al momento de dictar sentencia.

Atentamente,

CESAR DAVID MICOLTA CARDENAS

Escaneado con CamScanner

San Andres de Tumaco, Colombia, October 15th, 2021

Honorable
CECILIA M. ALTONAGA
United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128

Respected Judge Altonaga.

Comes to your office PATRICIA ROSERO-MUNOZ, as a Sergio Paredes' friend, I am a lawyer by profession and I reside in the Municipality of Tumaco, Colombia.

I am respectfully addressing you to ask you for a lenient sentence in favor of Sergio, although it is true that many times it is difficult for us to make amends for the mistakes we make, we cannot ignore the regret and the life lessons that our mistakes leave us, that is why I ask you for benevolence for him, and that the personal, family, work life, my friend has had in his social environment is taken into account and not only a behavior that undoubtedly deserves to be punished.

I will tell you now that Sergio Paredes is loved and respected by many people, not only in the municipality of Tumaco where he is a native from, but also in the city of Cali, Colombia, where his family is currently residing, a proof of that is the emotional support that his family has received in these years that he has been deprived of his freedom, not only because he has been a good son, a good husband, and a good father, but because he has been a good friend, a good neighbor, a noble, sensitive, generous, open to dialogue and very worthy of imitation person.

Friendship is one of that most precious gifts in life. We all have a faithful and unique friend who is always with us and for us; and Sergio is one of them, his leadership, common sense, simplicity and humility are values that have made him to be loved by many people and receiving for free the best wishes of the people who knows and appreciates him. Sergio is the real sample of what true friendship means, and those of us who have the fortune to know him, know that he is like a needle in a haystack.

Many people come in and out of our lives over the years. But only the true friends leave traces in our hearts, as a friend of him, your honor, I can affirm that he recognizes the mistake he has made, and a proof of that has been his attitude towards the prosecution against him. We know the pain that all this has caused to his family and therefore I can assure that he is willing to make amends for his mistakes, I have seen him to change during the time that he has been imprisoned in favor of a satisfactory social reintegration, in every respect, both emotional and in the "behavior" he will have when he rejoins again to his life in society, therefore your honor I ask you again for indulgence at the time of sentencing.

I appreciate the time you take to read my letter.

God bless you.

Sincerely,

(ILLEGIBLE SIGNATURE)
PATRICIA ROSERO-MUNOZ

San Andrés de Tumaco,  octubre 15 de 2021

Honorable
CECILIA M. ALTONAGA
Estados Unidos Distrito Sur de La Florida
400 North Miami Avenue
Miami FL 33128

Distinguida  Jueza Altonaga.

Acude a su Despacho en esta oportunidad  PATRICIA ROSERO
MUÑOZ, en mi condición de amiga de Sergio Paredes, soy    de
profesión abogada y  resido  en el Municipio de Tumaco.

Con todo respeto me dirijo a Usted a pedirle una sentencia indulgente
a favor de Sergio, si bien es cierto muchas veces nos es difícil resarcir
las faltas cometidas, no se puede desconocer el arrepentimiento y las
lecciones de vida que nos deja nuestros errores, es por ello que  le pido
benevolencia para él, y que se tenga en cuenta en su momento la  vida
personal familiar, laboral  que ha tendió mi amigo en su entorno
social y no solo se parta de una conducta que sin duda alguna merece
todo un juicio de reproche.

Paso a contarle que Sergio Paredes es una persona que goza del
aprecio y respeto de muchas personas, no solo en el municipio de
Tumaco de donde es oriundo, son también en la ciudad de Cali donde
vive actualmente su familia, prueba de ello es el apoyo emocional que
su familia ha recibido  en  estos años en los que él se encuentra
privado de la libertad, no solo porque ha sido un buen hijo, un buen
esposo,  y buen padres sino porque ha sabido ser un buen amigo, un
buen vecino, noble, sensible, generoso, dialogante y muy digno de
imitar.

Escaneado con CamScanner

La amistad, es uno de esos regalos más preciados de la vida. Todos tenemos un amigo fiel y único que siempre está con nosotros y para nosotros; y Sergio es uno de ellos, su liderazgo, sensatez, sencillez y humildad son valores que han hecho que goce del aprecio de muchas personas y que reciba de manera gratuita los mejores deseos de la gente que lo conoce y aprecia. Sergio es la muestra real de lo que es la verdadera amistad, y los que tenemos la fortuna de conocerle sabemos que es como una aguja en un pajar.

Mucha gente entra en y sale de su vida a lo largo de los años. Pero solo los verdaderos amigos dejan huellas en nuestro corazón, como amiga su señoría puedo afirmar que reconoce el error que ha cometido, y prueba de ello ha sido su actitud dentro del proceso que se sigue en su contra. Sabemos de primera mano el dolor que todo esto ha causado en su núcleo familiar y por ende puedo asegurar que está dispuesto a enmendar sus errores, he visto su cambio durante el tiempo que lleva en tratamiento penitenciario en pro de una reinserción social satisfactoria en todos los aspecto, tanto emocionales como en el "comportamiento" que tendrá al reincorporarse nuevamente a su vida en sociedad, por ende su señoría nuevamente pido usted indulgencia al momento de dictar sentencia.

Agradezco el tiempo que tome para leer mi misiva.

Dios le bendiga.

Atentamente,

PATRICIA ROSERO MUÑOZ

Escaneado con CamScanner

Cali, Colombia, October 16th, 2021


Honorable
CECILIA M. ALTONAGA
United States Southern District of Florida
400 North Miami Avenue
Miami FL 33128


Dear Judge Altonaga.


MARLEN MICOLTA is addressing you, I currently reside in the city of Cali, Colombia, I am a psychologist by profession, I have been Sergio's wife for several years now, since we decided to join our lives and having a family under the wonderful shelter of our home; which is constituted by my 15-year-old son Juan-David and 7-year-old Lina-Marcela, Sergio and I.


Our home was the place where we strengthened our love, where we built the bonds and identity of our family based upon the mutual support in joys and concerns; where together for many years we sought that our children and ourselves feel in an environment of harmony, respect, loyalty and love.


Three years and three months ago everything changed... As a consequence of the mistakes made, today, my husband, who is the pillar of our family, is not in our home, since he lost the most precious thing of every human being, freedom; Sergio's imprisonment has been one of the greatest trials my children and I have had to go through.


We miss him too much, there are no letters or phone calls that can substitute to be separated from him. His bitter absence, his distance, burns us, not being able to share our day-to-day with him hurts the soul.


And it hurts even more when that person has been a good father, a good husband, a good son and a good friend, Ms. Judge, I dare to describe my husband a little

in order for you to have an idea about the wonderful person he is for us, his family, and I am sure that similarly for those who have known him and you are not left only with the concept that his criminal record and the facts for which he is being prosecuted may generate to you.

Sergio is a good person, he is loving, he has always shown affection frequently with the children and with me, he is sincere, respectful, responsible, committed to his family, which has always made us feel fully close.

He is a person with whom you may have a nice conversation, he is cheerful and optimistic, he is a person who even at difficult times like the ones we are going through, has not lost that humor and good vibes that always characterizes him; he is a good company and perhaps my description about who my life partner Sergio Paredes is may seem exaggerated, but I feel proud to be his wife and lucky to be joined to him.

Although it is true, Ms. Judge, that prison is meant to restrict Sergio's freedom, by isolating him from his life and environment, it may not limit or end the love that we, his family feel for him, since he remains being a part of the world he left outside and his imprisonment does not erase what we have lived throughout these years together.

I am a witness of my husband's genuine regret for committing the criminal conduct for which he is about to be sentenced, since he has apologized many times for causing us the pain of not being with us, since he is aware that by doing what he did, he did not only loss his freedom, but also the time he has stopped sharing with his family, especially with the children, birthdays, Christmas, watching them grow up, sharing their achievements at school, in short, unique moments that will never come back.

I know well that family is the fundamental basis to every society, and that the strong and solid families will generate equally strong and solid societies. As I mentioned at the beginning of my letter, a happy family lived inside my home, today, sadness has come over us for the indefinite absence of my husband, that is why I dear to ask you, your honor, for mercy, and at the same time I humbly request a lenient sentence, since a long stay in jail would emotionally affect my children and myself increasingly, and it limits our right to be in family again as before,

to enjoy Sergio's presence in our home and recover what we once were.

I respectfully say goodbye to you. Thank you for taking the time to read my letter, GOD bless you always.

Sincerely,

<u>(ILLEGIBLE SIGNATURE)</u>
MARLEN MICOLTA.
ID No. 59684430

*Cali, Mayo 16 de 2021*

Honorable
CECILIA M. ALTONAGA
Estados Unidos Distrito Sur de La Florida
400 North Miami Avenue
Miami FL 33128

Estimada Jueza Altonaga.

Se dirige a Usted MARLEN MICOLTA, resido actualmente en la ciudad de
Cali, de profesión psicóloga, soy la esposa de Sergio desde hace ya varios
años que decidimos unirnos y tener una familia bajo un refugio maravilloso
que es nuestro hogar; conformado por mi hijo Juan David de 15 años de edad
y Lina Marcela de 7 años, Sergio y Yo.

Nuestro hogar, fue un lugar donde fortalecimos nuestro amor, donde
comenzamos a construir los lazos y la identidad de nuestra familia basada en
el acompañamiento mutuo en las alegrías y las preocupaciones; donde juntos
por muchos años buscamos que nuestros hijos y nosotros mismos nos
sintiéramos en un ambiente de armonía, de respeto, de lealtad y de amor.

Hace tres años y tres meses todo cambio... Por errores cometidos, hoy en
nuestra casa no contamos con la presencia de mi esposo que es el pilar de
nuestra familia, pues perdió lo más preciado de todo ser humano, la libertad;
el encarcelamiento de Sergio ha sido una de las mayores pruebas por las que
hemos tenido que pasar mis hijos y yo.

Lo extrañamos demasiado, no hay cartas ni llamadas telefónicas que puedan
compensar totalmente el hecho de estar separados de él. Su ausencia amarga,
su lejanía de muros nos quema, no poder compartir con el nuestro día a día
duele al alma.

Y duele aún más cuando esa persona ha sido buen padre, buen esposo, un buen
hijo y buen amigo, Señora Jueza, me atrevo a describir un poco a mi esposo

Escaneado con CamScanner

con el fin d que se haga una idea de la persona maravillosa que es para nosotros su familia y estoy segura que de igual manera para los que lo conocen y no solo se quede con el concepto que pueda generarle su expediente penal y los hechos por los cuales está procesado.

Sergio es una buena persona, es cariñoso, siempre ha tenido muestras de cariño de manera frecuente con los niños y conmigo, es sincero, respetuoso, responsable, comprometido con su familia lo que ha hecho que siempre nos sintamos plenamente unidos.

Es persona con la cual se puede sostener una conversación agradable, es alegre y optimista es una persona que aun, en momentos difíciles como los que estamos atravesando, no ha perdido ese humor y buena vibra que siempre lo caracteriza; es una buena compañía y quizá parezca exagerada mi descripción de quien es mi compañero de vida Sergio Paredes, pero me siento orgullosa de ser su esposa y afortunada de estar unida a él.

Si bien es cierta señora Jueza, La prisión está destinada a limitar la libertad de Sergio, aislándolo de su vida y de su entorno, no puede limitar y anular el amor que nosotros su familia le tenemos pues sigue siendo parte del mundo que dejo afuera y con su privación no se borra lo vivido a lo largo de estos años juntos.

Soy testigo del arrepentimiento sincero que ha tenido mi esposo por incurrir en la conducta delictiva por la que se encuentra a punto de ser condenado, pues en muchas ocasiones nos ha pedido perdón por causarnos el dolor de no tenerlo entre nosotros, pues es consciente que con ello no solo perdió su libertad, sino también el tiempo que ha dejado de compartir con su familia en especial con los niños, cumpleaños, navidad, el verlos crecer, compartir sus logros en el colegio, en fin momentos irrepetibles que no volverán.

Sé muy bien que la familia es la base fundamental de toda sociedad, y que las familias fuertes y estables, generarán sociedades igualmente fuertes y estables. Como le comentaba al inicio de mi carta, al interior de mi hogar habitaba una familia feliz, hoy en día nos invade la tristeza al saber de la ausencia indefinida de mi esposo, es por ello que me atrevo a pedirle a su señoría piedad y a su vez solicito humildemente una sentencia indulgente, ya que la permanencia prolongada en la cárcel desestabilizara emocionalmente cada vez más a mis hijos y a mí y nos limita el derecho de volver a estar en familia como antes a

gozar de la presencia de Sergio en nuestro hogar y recuperar lo que un día fuimos.

Con todo respeto me despido de Usted y le agradezco por tomarse el tiempo de leer mi carta DIOS la bendiga siempre.


Atentamente,

*Malen Micolta*
MARLEN MICOLTA.

CC 59684430

Escaneado con CamScanner