UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 17-20604-CR-ALTONAGA(s) |
| v. | AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION |
| SERGIO ALEXANDER PAREDES JEREZ, alias "Compa," "Sergio," and "Bendecido," JAVIER FALLA RAMIREZ, alias "Arcangel," POLIVIO MILTON ROSERO MERA, alias "Leonidas," "Polo," and "Polin," LUIS ANDRES JILON ROMO, alias "Tomas 555," WILBER ROBERTO CASTRO VALENCIA, alias "Robert" and "Roberto," and ALEX DUVAN SALAZAR VILLARREAL, alias "Alex Duvan Salazar Villareal," "Iphon," "Iphone," and "Duvan," LUIS EDUARDO CARVAJAL PEREZ, alias "Gustavo Gonzalez-Sanchez," "Rambo," "Gus," and "Don Gus," | |

et al.

I, Jeremy Youngblood, being duly sworn, depose and state:

1. I reside in the United States of America.

2. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since May 2012.

3. The DEA is one of the agencies within the U.S. government responsible for the enforcement of federal drug laws. As a DEA Special Agent, I have personally conducted and participated in numerous investigations that have resulted in the arrests and convictions of individuals responsible for trafficking in drugs.

4. Based on my training and experience as an agent with the DEA, I am familiar with the means and methods that drug traffickers use to import illicit drugs, and I am familiar with

the support and assistance that drug trafficking organizations require to conduct their illegal activities. I am also knowledgeable about the criminal statutes of the United States, in particular those that relate to drug and obstruction of justice offenses.

5. In the course of my official duties, I have become familiar with the charges and evidence against Sergio Alexander PAREDES JEREZ, alias "Compa," "Sergio," and "Bendecido" (PAREDES JEREZ); Javier FALLA RAMIREZ, alias "Arcangel" (FALLA RAMIREZ); Polivio Milton ROSERO MERA, alias "Leonidas," "Polo," and "Polin" (ROSERO MERA); Luis Andres JILON ROMO, alias "Tomas 555" (JILON ROMO); Wilber Roberto CASTRO VALENCIA, alias "Robert" and "Roberto" (CASTRO VALENCIA); Alex Duvan SALAZAR VILLARREAL, alias "Alex Duvan Salazar Villareal," "Iphon," "Iphone," and "Duvan" (SALAZAR VILLARREAL); and Luis Eduardo CARVAJAL PEREZ, alias "Gustavo Gonzalez-Sanchez," "Rambo," "Gus," and "Don Gus" (CARVAJAL PEREZ) (collectively, the "defendants"), and others, in the case entitled United States of America v. Sergio Alexander Paredes Jerez, et al., Case No. 17-20604-CR-ALTONAGA(s) (also referred to as Case 1:17-cr-20604-CMA), which arose out of an investigation of a drug trafficking organization of which the defendants are members.

## I. SUMMARY

6. A law enforcement investigation revealed that between at least in or about December 2016 and until in or about April 2017, several members of a maritime drug trafficking organization (DTO) conspired to distribute hundreds of kilograms of cocaine using go-fast vessels (GFVs). They transported cocaine loads, which they also invested in, from Colombia and Ecuador to Central America and Mexico. The drugs were then sold to drug traffickers, including large-scale DTOs, for ultimate importation into the United

States. During this investigation, thousands of kilograms of cocaine were dispatched from Colombia and destined for Central America or Mexico by the DTO, some of which were interdicted by the U.S. Coast Guard (USCG). All references to intercepted communications herein were lawful interceptions by law enforcement authorities.

7. PAREDES JEREZ was second in command of the DTO. His primary duties were to coordinate the logistics for maritime cocaine shipments from Colombia to Central America. He also set the price of the transportation of the cocaine for other DTOs that wished to use his group to transport cocaine.

8. FALLA RAMIREZ was the leader of the DTO. He was involved in the manufacturing of cocaine in Colombia and the transportation of cocaine from Colombia and Ecuador to Central America and Mexico. FALLA RAMIREZ was the owner and organizer of numerous multi-ton cocaine shipments that he dispatched from Colombia onboard maritime vessels to Central America and Mexico, for ultimate importation into the United States. FALLA RAMIREZ oversaw the activities of several workers specializing in the manufacturing and procurement of cocaine, maritime cocaine transportation, and international cocaine brokerage to the receivers and buyers of cocaine based in Central America and Mexico.

9. ROSERO MERA was a Colombia-based cocaine trafficker and partner in the ownership of cocaine shipments with other members of the DTO. ROSERO MERA was part owner of the cocaine shipments that were dispatched from Colombia to Central America and Mexico. He maintained the contacts with the Mexican receivers of the cocaine dispatched, and coordinated the movement of money back to Colombia.

10. JILON ROMO was a known maritime cocaine trafficker who controlled the logistics, including the routes, tankers, and security, for the DTO. He also handled all aspects of preparing the vessels that were to transport cocaine.

11. Uver Angel Garcia Marquez's (Garcia Marquez) primary duties within the DTO were to supervise and dispatch cocaine-laden GFVs from the border areas between Colombia and Ecuador. Garcia Marquez also invested cocaine in the cocaine transportation ventures, as he received cocaine as payment for his role of setting up and coordinating these maritime cocaine transportation ventures from Colombia and Ecuador to Central America.

12. CASTRO VALENCIA's primary duties were to provide information regarding the prices of cocaine in Central America and Mexico. He actively negotiated with the Mexican receivers of the cocaine transported by this maritime cocaine transportation organization. He was also involved in coordinating the holding of collaterals, such as persons being held pending the delivery of the cocaine on behalf of the DTO.

13. Juan Elpis Angulo Lucas (Angulo Lucas) controlled the supplies and fuel used during the cocaine transports. Angulo Lucas was in charge of providing the refuel coordinates and the vessels that refueled the GFVs transporting the cocaine. Angulo Lucas also had constant contact with the GFVs transporting cocaine, as well as the vessels and crew used to refuel the GFVs.

14. SALAZAR VILLARREAL was a leader of the DTO and dispatched multi-ton quantities of cocaine from Colombia to Central America and Mexico. He handled and managed the dispatching of the cocaine and communicated with the investors of the cocaine. The members of the DTO that tracked the GFVs transporting cocaine reported to SALAZAR

VILLARREAL, providing updates as to the location of the GFVs. SALAZAR VILLARREAL then provided those updates to the investors.

15. Junior Perlaza Sinisterra (Perlaza Sinisterra) was a leader within the DTO, and dispatched multi-ton quantities of cocaine from Colombia to Central America and Mexico. Perlaza Sinisterra handled and managed the dispatching of the cocaine, and coordinated with the members who monitor the Global Positioning System (GPS) tracking systems for the GFVs that were at sea transporting the cocaine.

16. CARVAJAL PEREZ assisted members of the DTO with having their names placed on the Fuerzas Armadas Revolucionarias de Colombia (FARC) demobilization list in order to avoid extradition to the United States.

## II. EVIDENCE

### January 4, 2017, Seizure of 1,008 Kilograms of Cocaine

17. On January 4, 2017, the USCG intercepted a GFV in international waters that was carrying 1,008 kilograms of cocaine onboard. When questioned, the crew made no claim of nationality. But because a decal on the side of the GFV indicated the GFV was from Ecuador, the USCG contacted Ecuador, which could neither confirm nor deny the registry of the GFV. The crew was prosecuted in the U.S. District Court for the Southern District of Florida.

18. Prior to the GFV voyage, on December 18, 2016, PAREDES JEREZ, CASTRO VALENCIA, and another co-conspirator used certain communication devices to converse. These communications were lawfully intercepted by law enforcement. They discussed the price they expected to receive in Mexico for the cocaine they intended to ship north.

19. During the GFV's voyage, on December 31, 2016, CASTRO VALENCIA's communications with an unknown male were intercepted, and the two discussed how the crew of the GFV was doing. On January 2, 2017, CASTRO VALENCIA's communications with an unknown male were intercepted, and pertained to refueling the GFV at sea. On January 4, 2017, CASTRO VALENCIA's communications with an unknown male were intercepted, and CASTRO VALENCIA stated that he believed that the GFV had been seized by law enforcement. On January 5, 2017, CASTRO VALENCIA's communications with an unknown male were again intercepted, and CASTRO VALENCIA stated that he was upset because the GFV had been seized.

January 23, 2017, Seizure of 1,114 Kilograms of Cocaine

20. On January 23, 2017, the USCG intercepted a GFV loaded with 1,114 kilograms of cocaine in international waters. The crew of the GFV claimed Colombian nationality for the vessel. Colombia was contacted and could neither confirm nor deny the registry of the GFV. The crew was prosecuted in the U.S. District Court for the Southern District of Florida.

21. On or about January 24, 2017, after the GFV had been seized by the USCG, the communications between an unknown male and PAREDES JEREZ were lawfully intercepted by law enforcement. They discussed the likelihood that the GFV had been seized, who the load of cocaine had belonged to, and the trip route. On or about January 25, 2017, PAREDES JEREZ's communications with an unknown male were intercepted; the two talked about the money that was owed for the journey and about whose cocaine had been aboard the seized GFV.

### January 24, 2017, Seizure of 656 Kilograms of Cocaine

22. On January 24, 2017, the Colombian Navy intercepted a GFV loaded with 656 kilograms of cocaine near Tumaco, Colombia, a popular launching point for maritime drug traffickers. On the day of the seizure, SALAZAR VILLARREAL's communications were intercepted by law enforcement authorities; SALAZAR VILLARREAL was using a communication device to communicate with a co-conspirator regarding the GPS tracking of the GFV, which had not been working. SALAZAR VILLARREAL also indicated that he was going to go to the coordinates where the GFV vessel was located to see what was wrong with it. On or about January 24, 2017, SALAZAR VILLARREAL's communications with a co-conspirator were intercepted; the co-conspirator reported that the GFV was 59 miles from land and 276 miles from its first refueling point.

### February 17, 2017, Seizure of 897 Kilograms of Cocaine

23. On February 17, 2017, the USCG intercepted a GFV, which was carrying approximately 897 kilograms of cocaine, about 345 nautical miles southwest of Acapulco, Mexico, in international waters. The crew claimed Ecuadorian nationality for the GFV, but Ecuador could neither confirm nor deny the registry of the GFV. The crew is being prosecuted in the U.S. District Court for the Southern District of Florida. The GFV was named the "ALEJO."

24. Before the GFV trip, FALLA RAMIREZ's communications with JILON ROMO were intercepted by law enforcement authorities; FALLA RAMIREZ was using a communication device to communicate with JILON ROMO. FALLA RAMIREZ stated that two loads of drugs were being prepared for shipment, both on GFVs named "ALEJO." FALLA RAMIREZ described the two GFVs, and gave departure dates for

the vessels; one was leaving around February 15, 2017. FALLA RAMIREZ and JILON ROMO also discussed payment to the crew members and logistics for the maritime shipments. In addition, ROSERO MERA sent FALLA RAMIREZ a photograph of the cocaine, with a dollar-sign stamp brand on the cocaine, which was going to be sent out on the two GFVs named ALEJO. ROSERO MERA and FALLA RAMIREZ also discussed what the sale price of the cocaine would be once it arrived at its destination, which was US$12,000 per kilogram.

25. During the GFV voyage, on February 16, 2017, SALAZAR VILLARREAL's communications with an unknown male co-conspirator were intercepted by law enforcement. During that conversation, SALAZAR VILLARREAL discussed the fact that he was tracking the GFV's progress using a spot tracker, and relayed to the unknown male the various distances until the GFV reached predetermined refueling points.

26. On February 17, 2017, SALAZAR VILLARREAL's communications with an unknown male were intercepted by law enforcement. SALAZAR VILLARREAL stated that the GFV was only seven hours from its destination. Later that day, SALAZAR VILLARREAL communicated with another co-conspirator and told the conspirator that the GFV had reached its final destination. The co-conspirator responded that the receivers, or persons tasked with bringing the cocaine on its final leg of the journey to land, were delayed in meeting the GFV at its final destination coordinates.

27. Meanwhile, FALLA RAMIREZ and JILON ROMO's communications were also intercepted by law enforcement; the two were using communication devices to discuss the ALEJO GFV, and the fact that the ALEJO was through the fourth refueling point and that everything was going well. FALLA RAMIREZ and ROSERO MERA also

8

communicated about the ALEJO's progress. FALLA RAMIREZ relayed that the load was going well, and mentioned that the receivers were ready for the shipment.

28. After the load was seized, on February 18, 2017, SALAZAR VILLARREAL's communications with a co-conspirator were intercepted. SALAZAR VILLARREAL expressed concern that he had not heard anything from the GFV. On that same date, FALLA RAMIREZ and JILON ROMO were intercepted communicating about how the GPS tracker was no longer working. JILON ROMO provided actual coordinates to FALLA RAMIREZ for the last known location of the GFV so FALLA RAMIREZ could provide those coordinates to Mexican law enforcement to see if the shipment had been seized. ROSERO MERA asked for an update and FALLA RAMIREZ, believing the load was seized, stalled for time. FALLA RAMIREZ later admitted to ROSERO MERA that the load was likely seized, and that the Americans seized it, or the Mexicans stole it.

March 8, 2017, Seizure of 740 Kilograms of Cocaine

29. On March 8, 2017 the USCG intercepted a GFV carrying approximately 740 kilograms of cocaine in international waters. The crew of the GFV claimed Ecuadorian nationality for the GFV, but Ecuador could neither confirm nor deny the registry of the GFV. The crew is being prosecuted in the U.S. District Court for the Southern District of Florida. The GFV was named the "SANGYT."

30. Before the GFV departed, on March 6, 2017, SALAZAR VILLARREAL's communications with an unknown male were intercepted by law enforcement. SALAZAR VILLARREAL used a communication device to communicate with the unknown male. SALAZAR VILLARREAL communicated that the GFV's departure was going to be delayed by a few hours. During the GFV trip, SALAZAR

9

VILLARREAL's communications with an unknown male about the trip were also intercepted by law enforcement. SALAZAR VILLARREAL stated that he was tracking the GFV via GPS tracker, and that the GFV was moving slowly because it was traveling during the day and needed to move slowly to avoid detection. SALAZAR VILLARREAL mentioned that the GFV was only 40-60 miles away from a refueling location.

31. Shortly after the seizure, SALAZAR VILLARREAL's communications with a co-conspirator were intercepted; the two used communication devices to discuss the GFV. The co-conspirator indicated to SALAZAR VILLARREAL that the crew of the GFV was not responding, and SALAZAR VILLARREAL communicated to the co-conspirator to let him know when the crew did respond. Shortly thereafter, SALAZAR VILLARREAL's communications with an unknown male were intercepted. SALAZAR VILLARREAL told the unknown male that the GPS tracker on the bales seemed to suggest that the bales were floating and stated that the crew was not responding. On March 9, 2017, SALAZAR VILLARREAL's communications with a co-conspirator were intercepted; the two discussed the shipment, and they discussed the fact that the shipment was likely seized.

### March 30, 2017, Seizure of 952 Kilograms of Cocaine

32. On March 30, 2017, the USCG seized another GFV named ALEJO in international waters southwest of the Guatemalan border. The crew was prosecuted in the U.S. District Court for the Eastern District of Texas.

33. Before the GFV departed, FALLA RAMIREZ and ROSERO MERA's communications were intercepted; the two used communication devices to discuss transporting cocaine via

a GFV, and the quantity and quality of the cocaine. FALLA RAMIREZ stated that the markings on the cocaine would be different from a prior load that had been seized. FALLA RAMIREZ asked ROSERO MERA if everything was ready, but ROSERO MERA stated that weather and law enforcement activity meant they needed to delay the GFV's departure. The following day, ROSERO MERA advised FALLA RAMIREZ that the load was ready to go out. FALLA RAMIREZ also told ROSERO MERA that they owned 752 of the kilograms on board but the rest (200 kilograms) belonged to someone else.

34. On March 25, 2017, JILON ROMO and FALLA RAMIREZ's communications were intercepted. They used communication devices to discuss the fact that the GFV named the ALEJO had departed. During the voyage, JILON ROMO told FALLA RAMIREZ, in a series of updates, that that GFV was passing the various refueling points. FALLA RAMIREZ then relayed that information to ROSERO MERA, as the GFV traveled north through the refueling points. As the GFV approached its final destination, FALLA RAMIREZ's communication was intercepted. FALLA RAMIREZ told ROSERO MERA that the vessel has passed the fourth refueling location and was headed to the final destination point.

35. On March 29, 2017, JILON ROMO and FALLA RAMIREZ's communications were intercepted. They used communication devices to discuss a source of information that claimed to be able to tell the DTO about USCG vessel locations. After the seizure, on March 30, 2017, JILON ROMO's communications with FALLA RAMIREZ were intercepted. JILON ROMO advised FALLA RAMIREZ that the GFV had likely been seized. On March 31, 2017, FALLA RAMIREZ told ROSERO MERA to check with

the Mexicans, because FALLA RAMIREZ was worried the GFV had been seized. FALLA RAMIREZ also provided ROSERO MERA with the last known coordinates for the GFV, and advised that they were going to have to consider a new shipment destination because of all the seizures.

36. On March 31, 2017, PAREDES JEREZ's communications with an unknown male were intercepted. During that intercepted communication, PAREDES JEREZ discussed the recent seizures of GFVs and the money owed for the lost shipments.

37. On April 2, 2017, FALLA RAMIREZ's communications with ROSERO MERA were intercepted. FALLA RAMIREZ wanted to confirm that the crew had been detained. FALLA RAMIREZ's communications with ROSERO MERA were intercepted. FALLA RAMIREZ used his communication device to send photographs of a list containing names of the crew to ROSERO MERA. The crew names sent by FALLA RAMIREZ to ROSERO MERA matched the names of the crew later convicted in the U.S. District Court for the Eastern District of Texas.

### Involvement of Luis Eduardo CARVAJAL PEREZ

38. From December 2016 to April 2017, CARVAJAL PEREZ's communications with ROSERO MERA and JILON ROMO were intercepted on multiple occasions. During these intercepted conversations, CARVAJAL PEREZ discussed his investment in loads of cocaine being shipped north via GFV, discussed logistical preparations for the GFV shipments of cocaine, and provided his approval to ROSERO MERA and JILON ROMO to move cocaine through territory he controlled as a high-ranking member of an armed rebel group in the Tumaco region of Colombia. Between February and March 2017, there were several intercepted communications between CARVAJAL PEREZ and

ROSERO MERA, in which they discussed payments being made to CARVAJAL PEREZ from ROSERO MERA. As stated above, between those dates, ROSERO MERA sent out three cocaine transports that were ultimately seized. There were also intercepted conversations in which ROSERO MERA and CARVAJAL PEREZ discussed amounts of cocaine being shipped and invested in a cocaine transport that had five "stops" (refuels), and CARVAJAL PEREZ gave his blessing for a shipment to depart. At least one witness who previously worked in a DTO that did business with CARVAJAL PEREZ has stated that CARVAJAL PEREZ frequently invested in loads of cocaine being shipped by GFV, and that CARVAJAL PEREZ provided protection to ROSERO MERA, JILON ROMO, and others from law enforcement activities in the areas that he effectively controlled as a senior leader of the armed rebel group.

39. In a series of intercepted communications ranging from on or about March 17, 2017, to April 2, 2017, CARVAJAL PEREZ used a communication device to discuss placing ROSERO MERA on a list of demobilizing FARC members that was being assembled as a part of the Colombia FARC peace process. As a part of the Colombia peace agreement with the FARC, this list was supposed to include actual members of the FARC who agreed to demobilize and seek peace with the Colombian government and people. Importantly, as a part of the peace process, it was agreed that demobilizing members of the FARC on the list would not be subject to extradition to the United States. Numerous witnesses and members of law enforcement have identified CARVAJAL PEREZ as a senior leader of the FARC, and CARVAJAL PEREZ himself agreed to demobilize, giving his full name to be placed on the demobilizing members of the FARC list as a part of the peace agreement.

13

40. During intercepted conversations made on communication devices used by ROSERO MERA and CARVAJAL PEREZ, ROSERO MERA asked for CARVAJAL PEREZ's help as a senior leader of the FARC in placing ROSERO MERA's name on the FARC list. CARVAJAL PEREZ agreed to help. CARVAJAL PEREZ told ROSERO MERA that ROSERO MERA needed to pay CARVAJAL PEREZ money in order to get on the list, stating that the price was 200 million Colombian pesos.

41. During that same timeframe, CARVAJAL PEREZ and JILON ROMO's communications were intercepted. The two used communication devices to discuss placing JILON ROMO on the FARC list. CARVAJAL PEREZ agreed, and provided instructions to JILON ROMO on how to falsely claim to be a member of the FARC by telling the authorities that he paid taxes to a senior FARC leader. JILON ROMO also asked CARVAJAL PEREZ for a discount on the price to be placed on the FARC list.

42. Beginning on or about June 2, 2017, Edison Washington Prado Alava, a drug trafficker indicted in the Southern District of Florida, and CARVAJAL PEREZ's communications were intercepted. The two used communication devices to discuss the prospect of placing Prado Alava on the FARC list. Prado Alava was already indicted in the United States at that time. During the intercepted conversations, Prado Alava asked CARVAJAL PEREZ for help getting on the list, stating that he wanted nothing to do with the United States. CARVAJAL PEREZ agreed, asked for Prado Alava's full name, and told Prado Alava he could help him avoid extradition using the list. CARVAJAL PEREZ instructed Prado Alava to tell the authorities that Prado Alava sold weapons to the FARC, in order to get on the list, and then instructed Prado Alava to delete their conversations.

43. The vast majority of cocaine shipped by GFV from the Western Coast of Colombia and Ecuador, as is the case for all the shipments identified above, is destined for the United States. Furthermore, in many intercepted conversations of the individuals named above, the prices for cocaine were quoted in U.S. dollars, indicating that the co-conspirators knew that the profits from the sale of narcotics were in U.S. dollars from sales in the United States.

### III. IDENTIFICATION

44. SERGIO ALEXANDER PAREDES JEREZ, alias "Compa," "Sergio," and "Bendecido," is a citizen of Colombia, born on February 8, 1989, in Colombia. His Colombian cédula number is 1,087,126,284.

45. Attached to this affidavit as **Attachment 1** is a photograph of Sergio Alexander PAREDES JEREZ. Using the same communication device he used to traffic narcotics as described above, PAREDES JEREZ identified himself to an associate using his Colombian cédula number and his real name, which are the same as the cédula number and name listed in **Attachment 1**. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 1** is the person arrested on the provisional arrest warrant issued in this case.

46. JAVIER FALLA RAMIREZ, alias "Arcangel," is a citizen of Colombia, born on May 27, 1976, in Colombia. His Colombian cédula number is 94,460,732.

47. Attached to this affidavit as **Attachment 2** is a photograph of Javier FALLA RAMIREZ. Using the same communication device that he used to coordinate drug trafficking activities as described above, FALLA RAMIREZ's communications were intercepted. During the intercepted communications, FALLA RAMIREZ told an associate that he was

15

flying to Mexico on March 14, 2017, staying in a particular hotel, and meeting with other high-level traffickers in that hotel at noon. DEA Agents were able to verify through flight records that FALLA RAMIREZ did fly from Colombia to Mexico on March 14, 2017. Law enforcement agents observed a man at the hotel in question during the meeting at noon that FALLA RAMIREZ had previously described in his communications, and also confirmed that it was the same man appearing in the photograph in **Attachment 2**. Shortly after the meeting at the hotel that same day, local law enforcement pulled over a car carrying FALLA RAMIREZ and observed his passport during the traffic stop. Law enforcement confirms that the man in the passport observed that day is the man in **Attachment 2**. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 2** is the person arrested on the provisional arrest warrant issued in this case.

48. POLIVIO MILTON ROSERO MERA, alias "Leonidas," "Polo," and "Polin," is a citizen of Colombia, born on December 17, 1969, in Colombia. His Colombian cédula number is 12,997,360.

49. Attached to this affidavit as **Attachment 3** is a photograph of Polivio Milton ROSERO MERA. A cooperating defendant, a former drug trafficker in Colombia, was shown the photograph of ROSERO MERA from **Attachment 3**, and identified ROSERO MERA as a drug trafficker during the indicted period. Using the same communication device he used to traffic drugs described above, ROSERO MERA received a message informing him that he was the target of a police investigation. Along with that message was a copy of a police document naming ROSERO MERA as a police target that included a photograph of ROSERO MERA on the report. The name and photograph included in

the police document match the name and photograph in **Attachment 3**. ROSERO MERA's communications were then intercepted. ROSERO MERA was attempting to bribe the sender to remove police scrutiny from himself and his brother, LUIS ANDRES JILON ROMO. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 3** is the person arrested on the provisional arrest warrant issued in this case.

50. LUIS ANDRES JILON ROMO, alias "Tomas 555," is a citizen of Colombia, born on January 4, 1981, in Colombia. His Colombian cédula number is 87,303,482.

51. Attached to this affidavit as **Attachment 4** is a photograph of Luis Andres JILON ROMO. Using the same communication device he used to traffic narcotics as described above, JILON ROMO's communications were intercepted. JILON ROMO sent a photograph of his passport to an associate as a part of making travel arrangements to fly out of the Bogota airport. Colombian law enforcement, after intercepting JILON ROMO's communications regarding travel arrangements, surveilled JILON ROMO at the Bogota airport on the exact date and time JILON ROMO had referenced over his intercepted communication device. Colombian law enforcement then took video and photographs of JILON ROMO traveling through the airport, and asked to see his passport. The passport matched the passport JILON ROMO sent to his associate, and the video, photographs, and passport all match the cédula photograph for JILON ROMO in **Attachment 4**. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 4** is the person arrested on the provisional arrest warrant issued in this case.

52. WILBER ROBERTO CASTRO VALENCIA, alias "Robert," and "Roberto" is a citizen

17

of Colombia, born on April 9, 1983, in Colombia. His Colombian cédula number is 80,778,640.

53. Attached to this affidavit as **Attachment 5** is a photograph of Wilber Roberto CASTRO VALENCIA. Using the same communication device he used to traffic narcotics as described above, CASTRO VALENCIA's communications with a bank regarding his accounts were intercepted. During his conversation with the bank, CASTRO VALENCIA gave his full name and cédula number, which are the same as the cédula number and name listed in **Attachment 5**. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 5** is the person arrested on the provisional arrest warrant issued in this case.

54. ALEX DUVAN SALAZAR VILLARREAL, alias "Alex Duvan Salazar Villareal," "Iphon," "Iphone," and "Duvan," is a citizen of Colombia, born on August 11, 1988, in Colombia. His Colombian cédula number is 1,087,121,615.

55. Attached to this affidavit as **Attachment 6** is a photograph of Alex Duvan SALAZAR VILLARREAL. Using the same communication device he used to traffic narcotics as described above, SALAZAR VILLARREAL's communications were intercepted. SALAZAR VILLARREAL gave his full name to an associate, which is the same name listed in **Attachment 6**. Using the same communication device he used to traffic narcotics as described above, SALAZAR VILLARREAL's communications with his parents were also intercepted. His parents referred to SALAZAR VILLARREAL as their son. His parents were fully identified by Colombian law enforcement when their communications were intercepted, in which his parents gave their own names and cédula numbers to various businesses during the course of daily life. A cooperating defendant, a

former drug trafficker in Colombia, identified the photograph of the man in **Attachment 6** as "Duvan," and told law enforcement that "Duvan" trafficked narcotics in Colombia. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 6** is the person arrested on the provisional arrest warrant issued in this case.

56. LUIS EDUARDO CARVAJAL PEREZ, alias "Gustavo Gonzalez-Sanchez," "Rambo," "Gus," and "Don Gus," is a citizen of Colombia, born on October 8, 1963, in Colombia. His Colombian cédula number is 7,710,264.

57. Attached to this affidavit as **Attachment 7** is a photograph of Luis Eduardo CARVAJAL PEREZ. Using the same communication device he used to traffic narcotics as described above, CARVAJAL PEREZ sent selfies of himself to an unknown female who he was dating. These photographs match the photograph in **Attachment 7**. Moreover, a cooperating defendant was shown the selfies and immediately identified the selfies as "Rambo," an alias for CARVAJAL PEREZ. The cooperating defendant also observed the photograph in **Attachment 7**, and confirmed that both the selfies and the man in **Attachment 7** are the same person, CARVAJAL PEREZ. The cooperating defendant also confirmed that he had seen CARVAJAL PEREZ, the man in **Attachment 7**, touring

cocaine production facilities in the Tumaco region of Colombia. In addition, law enforcement authorities in Colombia have confirmed that the person depicted in **Attachment 7** is the person arrested on the provisional arrest warrant issued in this case.

_____
JEREMY YOUNGBLOOD
Special Agent
Drug Enforcement Administration


Signed and subscribed to before me this ___1___ day of ___6___, 2018.

_____
HON. LAUREN FLEISCHER LOUIS
U.S. Magistrate Judge
Southern District of Florida